# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATE OF AMERICA, : | |
| Plaintiff, : | Case No. 3:07cr00086 |
| | Case No. 3:10cv00298 |
| vs. : | |
| | District Judge Walter Herbert Rice |
| ANGEL ROJAS, aka MARTIN, : | Magistrate Judge Sharon L. Ovington |
| Defendant. : | **DECISION AND ENTRY** |
| : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #105), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on January 7, 2011 (Doc. #105) is ADOPTED in full;

2. Petition for Writ of Audita Querela (Doc. #103) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Because reasonable jurists would not disagree with this conclusion, Petitioner is denied leave to appeal in forma pauperis; and

3. These cases are terminated on the docket of this Court.

                                                    Walter Herbert Rice
                                                    United States District Judge